# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3278
_____

KRYSTAL MARIE LOADER,

Appellant,

v.

BENJAMIN RICHARD LOADER,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

March 16, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kim Anthony Skievaski of Kim Anthony Skievaski, PA, Pensacola, and Paul Soo-Gyung Bailey of Welton Law Firm, LLC, Crestview, for Appellant.

Ross Alan Keene of Ross Keene Law, P.A., Pensacola, for Appellee.